IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 08-cv-00002-WDM-MJW | FTR |
| **Date:** April 23, 2008 | Shelley Moore, Deputy Clerk |
| LINDA MARIE ANDREWS, | Robert A. Lees |
| Plaintiff(s), | |
| v. | |
| CLARION MORTGAGE CAPITAL, INC., et al., | Eric P. Accomazzo |
| | Robert R. Marshall, Jr. |
| Defendant(s). | Daniel A. Sweetser |

## COURTROOM MINUTES / MINUTE ORDER

**SETTLEMENT CONFERENCE**

**Court in Session 12:59 p.m.**

Court calls case. Appearances of counsel. Plaintiff is present. Defendant representatives, Sandy Tangey, James Lewis and Kymn Walter, are present.

The Settlement Agreement is reviewed and placed on the record.

**ORDERED:** The Settlement Agreement is approved.

**ORDERED:** Parties shall submit their Joint Motion to Administratively Close the Case to Judge Miller by **April 30, 2008**.

**ORDERED:** On or before June 1, 2009, the parties shall file either a joint status report or a Motion to Reopen the Case.

**ORDERED:** Upon fulfillment of the settlement agreement, the parties shall file their joint motion to dismiss.

Mr. Accomazzo makes an Oral Motion to Withdraw the Motion to Amend/Correct/Modify Pleadings to Add Cross Claims. No objections.

**ORDERED:** The Defendants' Oral Motion to Withdraw the Motion to Amend/Correct/Modify Pleadings to Add Cross Claims is GRANTED. The Motion to Amend (document 29) is WITHDRAWN without prejudice.

**ORDERED:** All further hearings before Magistrate Judge Watanabe are VACATED.

**Court in Recess 1:21 p.m.**
Total In-Court Time 0:22, hearing concluded; Time spent in settlement conference 04:30

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.