IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 08-cv-00002-WDM-MJW

LINDA MARIE ANDREWS,

    Plaintiff,

v.

CLARION MORTGAGE CAPITAL, INC., et al.,

    Defendants.

_____

**ORDER FOR ADMINISTRATIVE CLOSURE**
_____

    In accordance with the Joint Motion to Administratively Close Civil Action filed April 28, 2008, this case is administratively closed in accordance with D.C.COLO.LCivR 41.2, subject to reopening for good cause. If the parties do not file a stipulation for dismissal with prejudice or a motion to reopen this case for good cause on or before June 1, 2009, this case shall be automatically dismissed without prejudice.

    DATED at Denver, Colorado, on April 29, 2008.

                                         BY THE COURT:

                                         s/ Walker D. Miller
                                         United States District Judge

PDF FINAL