IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-00002-WDM-MJW

LINDA MARIE ANDREWS,

    Plaintiff,

v.

CLARION MORTGAGE CAPITAL, INC., et al.,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Plaintiff's motion to reopen civil action (doc. no. 35) is granted.  This case remains referred to Magistrate Judge Michael J. Watanabe.

Dated: May 15, 2009

                                              s/ Jane Trexler, Judicial Assistant